**STATE of Missouri, Respondent,**

v.

**Archie ROSE, Appellant.**

No. 38053.

Missouri Court of Appeals,
Western District.

March 31, 1987.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Paul Robert Otto, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for the sale of a controlled substance, in violation of § 195.200.1(4), RSMo 1984.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Dennis Paul VIERS, Appellant.**

No. WD 38216.

Missouri Court of Appeals,
Western District.

March 31, 1987.

Mark S. Levitt, St. Louis, for appellant.

Jerome S. Antel, III, Asst. Pros. Atty., Columbia, for respondent.

Before KENNEDY, P.J., and
LOWENSTEIN and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from jury-trial conviction of driving while intoxicated, second offense, § 577.010 RSMo Supp.1984, and sentence as a prior offender, § 577.023 RSMo Supp. 1984, to a one-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).